B1 (Official Form 1) (04/13)

## United States Bankruptcy Court
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Webster, Wanda Yvette** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Webster, Jacques** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**None** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-4337** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-9359** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2026 Waterfall Dr.**<br>**Missouri City, TX**          ZIP CODE **77489** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2026 Waterfall Dr.**<br>**Missouri City, TX**          ZIP CODE **77489** |
| County of Residence or of the Principal Place of Business:<br>**Fort Bend** | County of Residence or of the Principal Place of Business:<br>**Fort Bend** |
| Mailing Address of Debtor (if different from street address):<br>**2026 Waterfall Dr.**<br>**Missouri City, TX**          ZIP CODE **77489** | Mailing Address of Joint Debtor (if different from street address):<br>**2026 Waterfall Dr.**<br>**Missouri City, TX**          ZIP CODE **77489** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**          ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box:  Chapter 11 Debtors
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 10.0.0.5, ID 0231613584)*

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Wanda Yvette Webster** <br> **Jacques Webster** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: <br> **Southern District of Texas** | Case Number: <br> **03-39171-H1** | Date Filed: <br> **6/27/2003** |
|---|---|---|
| Location Where Filed: <br> **Southern District of Texas** | Case Number: <br> **10-31699-H5** | Date Filed: <br> **3/1/2010** |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X  /s/ John V. Burger <br> John V. Burger                                       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 10.0.0.5, ID 0231613584)*

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Wanda Yvette Webster**
**Jacques Webster**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Wanda Yvette Webster**
Wanda Yvette Webster

**X /s/ Jacques Webster**
Jacques Webster

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

**X /s/ John V. Burger**
John V. Burger        Bar No. **03378650**

**Burger Law Firm**
**4151 Southwest Freeway**
**Suite 770**
**Houston TX 77027**

Phone No. **(713) 960-9696**    Fax No. **(713) 961-4403**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

```
Afni, Inc.  (Verizon Inc)
Attn: Bankruptcy
PO Box 3097
Bloomington, IL 61702


Alpat Collection, Inc (Capital One))
P.O. Box 1689
Slidell, LA 70459-1689


Amer/ARs-SIENNA MODERN DENTISTRY
Attn: Kovacks
460 Polaris Parkway            Ste. 20
Westerville, OH 43082


Asset Accept FIRST CASH FIN SRV IN
Attn: Bankrupcy Dept
PO Box 2036
Warren, MI 48090


Asset Acceptance Corp
P.O. Box 2036
28405 Van Dyke Rd
Warren, MI 48093-2036


Asset Acceptance Corp (SW bell)
P.O. Box 2036
28405 Van Dyke Rd
Warren, MI 48093-2036


Asset Acceptance LLC
P O Box 795161
San Antonio, TX 78279-5161



BAC Home Loans
fka Countrywide Home Loans
400 Countrywide Way
MAIL STOP SV-46
Simi Valley, CA  93065

Bank of America
Customer Service
P O Box 5170
Simi Valley, CA  93062-5170
```

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062


Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd, Suite100
Addison, TX  75001


Barrett Daffin Frappier Turner & Engel
1900 St. James Pl, Suite 500
Houston, TX  77056-4125


Burger Law Firm
4151 Southwest Freeway
Suite 770
Houston
TX

Capio Partners (Sugarland hospital()
P O Box 3209
Sherman, TX  75091


City of Missouri City
1522 Texas Parkway
P.O. Box 666
Missouri City, TX   77459


Cks Financial  (Orchard Bank)
505 Independence Pkwy St
Chesapeake, VA 23320


Credit Management, I(Comcast)
4200 International Parkway
Carrollton, TX  75007-1906


Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Dell Financial Services
Dell Financial Services Attn: Bankrupcty
PO Box 81577
Austin, TX 78708


Enhanced Recovery (Comcast)
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


ER Solutions/  (Direct Energy)
PO Box 9004
Renton, WA 98057


ER Solutions/Convergent Outsourcing, INC
PO Box 9004
Renton, WA 98057


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Fort Bend County Et AL
Patsy Schultz, Tax Assessor
P.O. Box 1028
Sugar Land, TX   77487


Fort Bend I.S.D.
16431 Lexington Boulevard # 101
Sugar Land, TX   77479


Harris County (Hou Comm College(
P.O. Box 4622
Houston, TX   77210-4622


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

IC System-ADVANCED ENDODONTIC HOUSTON
Attn: Bankruptcy
444 Highway 96 East; PO Box 64378
St. Paul, MN 55164


Internal Revenue Service
SPB - Insolvency Section I
1919 Smith, Stop 5024-HOU
Houston, TX  77002


IRS  Special Procedures
2970 Market St.,
 Stop 5-Q30.133
Philadelphia, PA 19104-5016


Jacques Webster
2026 Waterfall Dr.
Missouri City, TX   77489


Jefferson Capital (Purpose Money)
16 McLeland Rd
Saint Cloud, MN 56303


Lvnv Funding Llc (Credit One Bank)
Po Box 10497
Greenville, SC 29603


Meadowcreek Association Inc
c/o Holloway Jones Law Firm
407 Julie Rivers Dr
Sugar Land TX 77478


Midland Credit(Aspires Visa)
Attention -- Bankruptcy Department
8875 Aero Drive, Suite 200
San Diego, CA 92123-2251


Midland Funding (Aspire Visa)
8875 Aero Dr
San Diego, CA 92123

```
Nrthn Resol (Ace Cash Express)
Po Box 566
Amherst, NY 14226


Payliance-YUM - PIZZA HUT #744213
Attention: Disputes
3 Easton Oval  Suite 210
Columbus, OH 43219


Portfolio Recovery (CPLR)
Riverside Commerce Center
120 Corporate Blvd, Suite 100
Norfolk, VA 23502-4962


Portfolio Recovery (HSBC)
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541


RJM Acquisitions (Compass Bank()
Plaza Associates
JAF Station, P.O. Box 2769
New York, NY  10116-2769


Security Check LLC (Pizza Hut)
2612 Jackson Ave W
Oxford MS 38655


Sherman Acquisition Group TA, Ltd.
Sherman Financial Group, LLC
P.O. Box 10348
Greenville, SC 29601-0348


Sky Recovery Services (First Capital)
12000 Westheimer Road # 233
Houston, TX  77077


Sky Recovery Services (Freewayt Finance)
12000 Westheimer Road # 233
Houston, TX  77077
```

```
Sky Recovery Services (Personal Credit)
12000 Westheimer Road # 233
Houston, TX  77077


Social Security
2921 N. Valderas St.
Angleton, TX  77515-3010


Social Security Admin
4701 West 2100 Sou
Salt Lake City, UT 84120


Social Security Administration
P.O. Box 3430
Philadelphia, PA  19122-9985


Social Security AdministrationMetro West
P O Box 33021
Baltimore, MD 21290-3021


Southern Management (the Outpost)
625 C Herndon Avenue
Orlando, FL 32803


Txu Electric/TXU Energy
Attention: Bankruptcy
PO Box 650393
Dallas, TX 75265


U S Dept Of Ed/fisl/ch
Bankruptcy Unit
PO Box 65128
Saint Paul, MN 55165


U.S. Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0030
```

```
United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX  77002


URC-EMERGIGROUP PHYSICIAN ASSOC
Attention:  Office Manager
204 Billings St. Suite 120
Arlington, TX 76010


Wanda Yvette Webster
2026 Waterfall Dr.
Missouri City, TX  77489


West Asset (Direct Energy)
7171 Mercy Rd
Omaha, NE 68106
```

Debtor(s): **Wanda Yvette Webster**
**Jacques Webster**

Case No:
Chapter: **7**

**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Afni, Inc.  (Verizon Inc)
Attn: Bankruptcy
PO Box 3097
Bloomington, IL 61702

Barrett Daffin Frappier Turner
15000 Surveyor Blvd, Suite100
Addison, TX  75001

ER Solutions/  (Direct Energy)
PO Box 9004
Renton, WA 98057

Alpat Collection, Inc (Capital
P.O. Box 1689
Slidell, LA 70459-1689

Barrett Daffin Frappier Turner
1900 St. James Pl, Suite 500
Houston, TX  77056-4125

ER Solutions/Convergent Outsour
PO Box 9004
Renton, WA 98057

Amer/ARs-SIENNA MODERN DENTISTR
Attn: Kovacks
460 Polaris Parkway
Westerville, OH 43082

Burger Law Firm
4151 Southwest Freeway
Suite 770
Houston
TX

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Asset Accept FIRST CASH FIN SRV
Attn: Bankrupcy Dept
PO Box 2036
Warren, MI 48090

Capio Partners (Sugarland hospi
P O Box 3209
Sherman, TX  75091

Fort Bend County Et AL
Patsy Schultz, Tax Assessor
P.O. Box 1028
Sugar Land, TX  77487

Asset Acceptance Corp
P.O. Box 2036
28405 Van Dyke Rd
Warren, MI 48093-2036

City of Missouri City
1522 Texas Parkway
P.O. Box 666
Missouri City, TX  77459

Fort Bend I.S.D.
16431 Lexington Boulevard # 101
Sugar Land, TX  77479

Asset Acceptance Corp (SW bell)
P.O. Box 2036
28405 Van Dyke Rd
Warren, MI 48093-2036

Cks Financial  (Orchard Bank)
505 Independence Pkwy St
Chesapeake, VA 23320

Harris County (Hou Comm College
P.O. Box 4622
Houston, TX  77210-4622

Asset Acceptance LLC
P O Box 795161
San Antonio, TX 78279-5161

Credit Management, I(Comcast)
4200 International Parkway
Carrollton, TX  75007-1906

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

BAC Home Loans
fka Countrywide Home Loans
400 Countrywide Way
MAIL STOP SV-46
Simi Valley, CA  93065

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

IC System-ADVANCED ENDODONTIC H
Attn: Bankruptcy
444 Highway 96 East; PO Box 643
St. Paul, MN 55164

Bank of America
Customer Service
P O Box 5170
Simi Valley, CA  93062-5170

Dell Financial Services
Dell Financial Services Attn: B
PO Box 81577
Austin, TX 78708

Internal Revenue Service
SPB - Insolvency Section I
1919 Smith, Stop 5024-HOU
Houston, TX  77002

Bank of America
Attn: Correspondence Unit/CA6-9
PO Box 5170
Simi Valley, CA 93062

Enhanced Recovery (Comcast)
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

IRS  Special Procedures
2970 Market St.,
 Stop 5-Q30.133
Philadelphia, PA 19104-5016

```
Jacques Webster                 RJM Acquisitions (Compass Bank(   Southern Management (the Outpos
2026 Waterfall Dr.              Plaza Associates                  625 C Herndon Avenue
Missouri City, TX  77489        JAF Station, P.O. Box 2769        Orlando, FL 32803
                                New York, NY  10116-2769


Jefferson Capital (Purpose Money Security Check LLC (Pizza Hut)   Txu Electric/TXU Energy
16 McLeland Rd                   2612 Jackson Ave W                Attention: Bankruptcy
Saint Cloud, MN 56303            Oxford MS 38655                   PO Box 650393
                                                                   Dallas, TX 75265


Lvnv Funding Llc (Credit One Ba  Sherman Acquisition Group TA, L   U S Dept Of Ed/fisl/ch
Po Box 10497                     Sherman Financial Group, LLC      Bankruptcy Unit
Greenville, SC 29603             P.O. Box 10348                    PO Box 65128
                                 Greenville, SC 29601-0348         Saint Paul, MN 55165


Meadowcreek Association Inc      Sky Recovery Services (First Ca   U.S. Department of the Treasury
c/o Holloway Jones Law Firm      12000 Westheimer Road # 233       Internal Revenue Service
407 Julie Rivers Dr              Houston, TX  77077                Austin, TX 73301-0030
Sugar Land TX 77478


Midland Credit(Aspires Visa)     Sky Recovery Services (Freewayt   United States Trustee
Attention -- Bankruptcy Departm  12000 Westheimer Road # 233       515 Rusk Avenue, Suite 3516
8875 Aero Drive, Suite 200       Houston, TX  77077                Houston, TX  77002
San Diego, CA 92123-2251


Midland Funding (Aspire Visa)    Sky Recovery Services (Personal   URC-EMERGIGROUP PHYSICIAN ASSOC
8875 Aero Dr                     12000 Westheimer Road # 233       Attention:  Office Manager
San Diego, CA 92123              Houston, TX  77077                204 Billings St. Suite 120
                                                                   Arlington, TX 76010


Nrthn Resol (Ace Cash Express)   Social Security                   Wanda Yvette Webster
Po Box 566                       2921 N. Valderas St.              2026 Waterfall Dr.
Amherst, NY 14226                Angleton, TX  77515-3010          Missouri City, TX  77489


Payliance-YUM - PIZZA HUT #7442  Social Security Admin             West Asset (Direct Energy)
Attention: Disputes              4701 West 2100 Sou                7171 Mercy Rd
3 Easton Oval  Suite 210         Salt Lake City, UT 84120          Omaha, NE 68106
Columbus, OH 43219


Portfolio Recovery (CPLR)        Social Security Administration
Riverside Commerce Center        P.O. Box 3430
120 Corporate Blvd, Suite 100    Philadelphia, PA  19122-9985
Norfolk, VA 23502-4962


Portfolio Recovery (HSBC)        Social Security AdministrationM
Attn: Bankruptcy                 P O Box 33021
PO Box 41067                     Baltimore, MD 21290-3021
Norfolk, VA 23541
```

*John V. Burger, Bar No. 03378650*
*Burger Law Firm*
*4151 Southwest Freeway*
*Suite 770*
*Houston TX 77027*
*(713) 960-9696*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  **Wanda Yvette Webster**  
**Jacques Webster**  
Debtor(s)

Case No.:  
SSN: xxx-xx-4337  
SSN: xxx-xx-9359

## Numbered Listing of Creditors

Address:  
**2026 Waterfall Dr.**  
**Missouri City, TX  77489**

Chapter:  7

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | Afni, Inc. (Verizon Inc)<br>Attn: Bankruptcy<br>PO Box 3097<br>Bloomington, IL 61702<br>xxxxxx8512 | Unsecured Claim | $583.00 |
| 2. | Alpat Collection, Inc (Capital One))<br>P.O. Box 1689<br>Slidell, LA 70459-1689 | Unsecured Claim | $961.00 |
| 3. | Amer/ARs-SIENNA MODERN DENTISTRY<br>Attn: Kovacks<br>460 Polaris Parkway   Ste. 20<br>Westerville, OH 43082<br>xx8822 | Unsecured Claim | $2,508.00 |
| 4. | Asset Accept FIRST CASH FIN SRV IN<br>Attn: Bankrupcy Dept<br>PO Box 2036<br>Warren, MI 48090<br>xxxx1671 | Unsecured Claim | $451.00 |
| 5. | Asset Acceptance Corp<br>P.O. Box 2036<br>28405 Van Dyke Rd<br>Warren, MI 48093-2036 | Unsecured Claim | $0.00 |
| 6. | Asset Acceptance Corp (SW bell)<br>P.O. Box 2036<br>28405 Van Dyke Rd<br>Warren, MI 48093-2036 | Unsecured Claim | $1,100.00 |

in re: **Wanda Yvette Webster**
_____
Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. Asset Acceptance LLC<br>P O Box 795161<br>San Antonio, TX 78279-5161 | Unsecured Claim | |
| 8. BAC Home Loans<br>fka Countrywide Home Loans<br>400 Countrywide Way<br>MAIL STOP SV-46<br>Simi Valley, CA 93065 | Unsecured Claim | $0.00 |
| 9. Bank of America<br>Customer Service<br>P O Box 5170<br>Simi Valley, CA 93062-5170<br>xxxxx1898 | Secured Claim | $265,000.00 |
| 10. Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>PO Box 5170<br>Simi Valley, CA 93062<br>xxx1898 | Unsecured Claim | $0.00 |
| 11. Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd, Suite100<br>Addison, TX 75001 | Unsecured Claim | $0.00 |
| 12. Barrett Daffin Frappier Turner & Engel<br>1900 St. James Pl, Suite 500<br>Houston, TX 77056-4125 | Unsecured Claim | $0.00 |
| 13. Capio Partners (Sugarland hospital()<br>P O Box 3209<br>Sherman, TX 75091 | Unsecured Claim | $75.00 |
| 14. City of Missouri City<br>1522 Texas Parkway<br>P.O. Box 666<br>Missouri City, TX 77459<br>xxxxxxxx0907 | Secured Claim | $1.00 |
| 15. Cks Financial (Orchard Bank)<br>505 Independence Pkwy St<br>Chesapeake, VA 23320<br>xx8773 | Unsecured Claim | $972.00 |

Page 2

in re: **Wanda Yvette Webster**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 16. | Credit Management, I(Comcast)<br>4200 International Parkway<br>Carrollton, TX  75007-1906 | Unsecured Claim | $142.00 |
| 17. | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193<br>xxxxxxxxxxxx9960 | Unsecured Claim | $0.00 |
| 18. | Dell Financial Services<br>Dell Financial Services Attn: Bankrupcty<br>PO Box 81577<br>Austin, TX 78708<br>xxxxxxxxxxxxxxx1587 | Unsecured Claim | $2,714.00 |
| 19. | Enhanced Recovery (Comcast)<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256<br>xxxx1664 | Unsecured Claim | $160.00 |
| 20. | ER Solutions/  (Direct Energy)<br>PO Box 9004<br>Renton, WA 98057<br>xxxx9868 | Unsecured Claim | $1,384.00 |
| 21. | ER Solutions/Convergent Outsourcing, INC<br>PO Box 9004<br>Renton, WA 98057<br>xxxx9868 | Unsecured Claim | $1,384.00 |
| 22. | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104<br>xxxxxxxxxxxx6471 | Unsecured Claim | $568.00 |
| 23. | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104<br>xxxxxxxxxxxx3085 | Unsecured Claim | $465.00 |
| 24. | Fort Bend County Et AL<br>Patsy Schultz, Tax Assessor<br>P.O. Box 1028<br>Sugar Land, TX  77487<br>xxxxxxxx0907 | Secured Claim | $1.00 |

Page 3

in re: **Wanda Yvette Webster**

_____   _____
Debtor                               Case No. (if known)

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 25. | Fort Bend I.S.D.<br>16431 Lexington Boulevard # 101<br>Sugar Land, TX  77479<br>xxxxxxxx0907 | Secured Claim | $1.00 |
| 26. | Harris County (Hou Comm College(<br>P.O. Box 4622<br>Houston, TX  77210-4622 | Secured Claim | $1.00 |
| 27. | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx7531 | Unsecured Claim | $0.00 |
| 28. | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx9139 | Unsecured Claim | $0.00 |
| 29. | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197<br>xxxxxxxxxxxx5471 | Unsecured Claim | $0.00 |
| 30. | IC System-ADVANCED ENDODONTIC HOUSTON<br>Attn: Bankruptcy<br>444 Highway 96 East; PO Box 64378<br>St. Paul, MN 55164<br>xxxxxxx3001 | Unsecured Claim | $66.00 |
| 31. | IC System-ADVANCED ENDODONTIC HOUSTON<br>Attn: Bankruptcy<br>444 Highway 96 East; PO Box 64378<br>St. Paul, MN 55164<br>xxxxxxx2001 | Unsecured Claim | $66.00 |
| 32. | Internal Revenue Service<br>SPB - Insolvency Section I<br>1919 Smith, Stop 5024-HOU<br>Houston, TX  77002 | Priority Claim | $0.00 |
| 33. | IRS  Special Procedures<br>2970 Market St.,<br> Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Unsecured Claim | $28,000.00 |

in re: **Wanda Yvette Webster**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 34. | Jefferson Capital (Purpose Money)<br>16 McLeland Rd<br>Saint Cloud, MN 56303<br>xxxxxxxxx6003 | Unsecured Claim | $756.00 |
| 35. | Lvnv Funding Llc (Credit One Bank)<br>Po Box 10497<br>Greenville, SC 29603<br>xxxxxxxxxxxx9960 | Unsecured Claim | $1,272.00 |
| 36. | Meadowcreek Association Inc<br>c/o Holloway Jones Law Firm<br>407 Julie Rivers Dr<br>Sugar Land TX 77478 | Secured Claim | $1.00 |
| 37. | Midland Credit(Aspires Visa)<br>Attention -- Bankruptcy Department<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2251 | Unsecured Claim | |
| 38. | Midland Funding (Aspire Visa)<br>8875 Aero Dr<br>San Diego, CA 92123<br>xxxxxx6001 | Unsecured Claim | $1,483.00 |
| 39. | Nrthn Resol (Ace Cash Express)<br>Po Box 566<br>Amherst, NY 14226<br>xxxxxxxxxxxx2N40 | Unsecured Claim | $499.00 |
| 40. | Payliance-YUM - PIZZA HUT #744213<br>Attention: Disputes<br>3 Easton Oval  Suite 210<br>Columbus, OH 43219<br>xxx9269 | Unsecured Claim | $0.00 |
| 41. | Portfolio Recovery (CPLR)<br>Riverside Commerce Center<br>120 Corporate Blvd, Suite 100<br>Norfolk, VA 23502-4962 | Unsecured Claim | $2,052.00 |
| 42. | Portfolio Recovery (HSBC)<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541<br>xxxxxxxxxxxx5471 | Unsecured Claim | $745.00 |

Debtor       Case No. (if known)

Page 5

in re: **Wanda Yvette Webster**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 43. | Portfolio Recovery (HSBC)<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541<br>xxxxxxxxxxxx9139 | Unsecured Claim | $547.00 |
| 44. | RJM Acquisitions (Compass Bank()<br>Plaza Associates<br>JAF Station, P.O. Box 2769<br>New York, NY  10116-2769 | Unsecured Claim | |
| 45. | Security Check LLC (Pizza Hut)<br>2612 Jackson Ave W<br>Oxford MS 38655 | Unsecured Claim | $0.00 |
| 46. | Sherman Acquisition Group TA, Ltd.<br>Sherman Financial Group, LLC<br>P.O. Box 10348<br>Greenville, SC 29601-0348 | Unsecured Claim | $0.00 |
| 47. | Sky Recovery Services (First Capital)<br>12000 Westheimer Road # 233<br>Houston, TX  77077 | Unsecured Claim | $242.00 |
| 48. | Sky Recovery Services (Freewayt Finance)<br>12000 Westheimer Road # 233<br>Houston, TX  77077 | Unsecured Claim | $289.00 |
| 49. | Sky Recovery Services (Personal Credit)<br>12000 Westheimer Road # 233<br>Houston, TX  77077 | Unsecured Claim | $348.00 |
| 50. | Social Security<br>2921 N. Valderas St.<br>Angleton, TX  77515-3010 | Unsecured Claim | $0.00 |
| 51. | Social Security Admin<br>4701 West 2100 Sou<br>Salt Lake City, UT 84120<br>xxxxxxx37A0 | Unsecured Claim | $77,776.00 |

Debtor                               Case No. (if known)

in re: **Wanda Yvette Webster**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 52. | Social Security Administration<br>P.O. Box 3430<br>Philadelphia, PA  19122-9985 | Unsecured Claim | $0.00 |
| 53. | Social Security AdministrationMetro West<br>P O Box 33021<br>Baltimore, MD 21290-3021 | Unsecured Claim | $0.00 |
| 54. | Southern Management (the Outpost)<br>625 C Herndon Avenue<br>Orlando, FL 32803<br>xxxxxxxxxxxx1296 | Unsecured Claim | $4,331.00 |
| 55. | Txu Electric/TXU Energy<br>Attention: Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265<br>xxxxxxxxxxxx7846 | Unsecured Claim | $2,076.00 |
| 56. | U S Dept Of Ed/fisl/ch<br>Bankruptcy Unit<br>PO Box 65128<br>Saint Paul, MN 55165<br>xxxxxxxxxxxxx6010 | Unsecured Claim | $0.00 |
| 57. | U.S. Department of the Treasury<br>Internal Revenue Service<br>Austin, TX 73301-0030 | Priority Claim | |
| 58. | URC-EMERGIGROUP PHYSICIAN ASSOC<br>Attention:  Office Manager<br>204 Billings St. Suite 120<br>Arlington, TX 76010<br>xxx2834 | Unsecured Claim | $46.00 |
| 59. | West Asset (Direct Energy)<br>7171 Mercy Rd<br>Omaha, NE 68106<br>xxxx1967 | Unsecured Claim | ($1.00) |

in re: **Wanda Yvette Webster**
_____ _____
Debtor Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

**DECLARATION**

I, **Wanda Yvette Webster**,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,* consisting of __8__ sheets (including this declaration), and that it is true and correct to the best of my information and belief. the best of my information and belief.

Debtor: **/s/ Wanda Yvette Webster** Date: _____
**Wanda Yvette Webster**

Spouse: **/s/ Jacques Webster** Date: _____
**Jacques Webster**

Page 8